| | |
|---|---|
| Your Name: | MAI-TRANG THI NGUYEN |
| Address: | 1669 Hollenbeck Ave, #2 Pobox 198, Sunnyvale, CA 94087 |
| Phone Number: | Too poor & mental to have 1 |
| Fax Number: | |
| E-mail Address: | furly customerservice@yahoo.com |
| Pro Se Plaintiff | |

**FILED**

FEB 16 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VKD

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAI-TRANG THI NGUYEN | Case Number _[leave blank]_ TC 22 00948 |
| Plaintiff, | **COMPLAINT** |
| vs. | |
| THE UNITED STATES | **DEMAND FOR JURY TRIAL** |
| | Yes ☐  No ☒ |
| Defendant. | |

**PARTIES**

1.  Plaintiff. *[Write your name, address, and phone number. Add a page for additional plaintiffs.]*

| | |
|---|---|
| Name: | MAI-TRANG THI NGUYEN |
| Address: | 1669 Hollenbeck Ave, #2 Pobox 198, Sunnyvale, CA 94087 |
| Telephone: | Too poor & mental to have 1. |

COMPLAINT
PAGE __1__ OF __28__ *[JDC TEMPLATE – Rev. 05/2017]*

2.  Defendants. *[Write each defendant's full name, address, and phone number.]*

Defendant 1:

Name: The United States

Address: US Attorney Northern District of CA

Telephone: (415) 436-7200   9th Floor, Federal Building
450 Golden Gate Ave,
Box 36055
SF, CA 94102-3495

Defendant 2:

Name: _____

Address: _____

Telephone: _____

Defendant 3:

Name: _____

Address: _____

Telephone: _____

## JURISDICTION

*[Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.]*

3.  My case belongs in federal court

☒ under <u>federal question jurisdiction</u> because it is involves a federal law or right.

*[Which federal law or right is involved?]* FTCA (Federal Tort Claims Act) & Negligence.

☒ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

COMPLAINT
PAGE 2 OF 20 *[JDC TEMPLATE – Rev. 05/2017]*

**VENUE**

*[The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.]*

4.      Venue is appropriate in this Court because:

☐ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☒ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

☐ at least one defendant is located in this District and any other defendants are located in California.

**INTRADISTRICT ASSIGNMENT**

*[This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.]*

5.      Because this lawsuit arose in ___Saint Clara___ or Santa Clara County, it should be

assigned to the ___San Jose___ Division of this Court.

**STATEMENT OF FACTS**

*[Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.]*

6. The 2020 United States Presidential Election became the first election in America to occur in a pandemic (COVID-19 or Coronavirus pandemic). This pandemic entered human's history as the first pandemic to stop human's mobility in vehicles, planes, trains, and even on foot. Humans

COMPLAINT

PAGE _3_ OF _28_ *[JDC TEMPLATE – Rev. 05/2017]*

*[Copy this page and insert it where you need additional space.]*

worldwide were forced by their governments to be jailed a home while the wild roamed the streets, the fish returned to the edges of the water, and the sound of birds conquered the sound of the humans. First time in the history of America, voters can vote in the comfort of their homes and simply drop their votes into their mail boxes. This new voting system was America's answer for voting during the pandemic to prevent the spread of Covid-19. This new voting system was launched in less than 3 months. All the experts confirmed that this new voting system, launched in this miraculous short time, went successful       with words like "100% secured", "had very little frauds", and "no massive fraud" eventhough there was no recount-recheck conducted in battleground states or across America.

7. In this lawsuit we are here to analyze if the U.S. government did a proper job in launching its new product ( the new voting system that allowed voters to vote by mail) in a short period of time during the pandemic, and if the U.S. government is liable for a     letter of apology or a form of compensation in monetary value. I, Mai-Thang Thi Nguyen ( the Plaintiff) will point out a new product of the U.S. government product defects, government's negligence, and FTCA arguments.

- 4 -

(NOTE: The Plaintiff respects the United States too much to ask for financial compensation eventhough she is still a disable, a human with existing mental-illness anger a semi-homeless for unemployed with no savings. She will accept a simple letter of apology; however if the U.S. insists on a financial compensation, she will return it at acceptance)

//
//

COMPLAINT
PAGE 5 OF 28 [JDC TEMPLATE – Rev. 05/2017]

**CLAIMS**

**First Claim**

(*Name the law or right violated:* <u>New Product Negligence</u> )

(*Name the defendants who violated it:* <u>The United States</u> )

[*Explain briefly here <u>what</u> the law is, <u>what each</u> defendant did to violate it, and <u>how</u> you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.*]

8. "Under the law of torts, negligence means a breach of legal duty of care by the defendant which results in undesired damage to the plaintiff," according to the internet on lawlex.org via Bing search engine. The Plaintiff will need to prove the five elements of negligence: ① duty, ② breach of duty, ③ cause in fact, ④ Proximate cause, and ⑤ damages. In this section, Nguyen will enlighten the United States and all voters of a new product that was introduced to the nation during the COVID-19 or Coronavirus pandemic in order to prevent the spread of the virus at the polls: VOTE FOR YOUR PRESIDENT BY MAIL.

9. I, Mai-Trang Thi Nguyen (the Plaintiff) or "Nguyen", would like to stand up and say that I am the only one in America and the world to recognize that the vote-for-your-president-by-mail-election system

//

-4-

in America in 2020 during the COVID-19 or Coronavirus
pandemic was a BRAND NEW PRODUCT launched by
the U.S. as an emergency response to prevent the
spread of the virus at the voting polls. When something
is new, we have to consider it and treat it as a new
product, new system, new way, or new thing. EXHIBIT (A) pages 20-
will explain how this new product (new voting system    23.
by mail) works. This lawsuit will explain the extra
things we have to do when it comes to launching a
new product to make sure the new product works properly.
      10. Now that we have established that the new voting
system by mail is a new product, lets dwell into
its cracks and holes (defects) or new product defects:
    A. Dead people could votes; thus this makes my
       vote as a living person the same as a dead
       person or dead people have the same equality
       as a living person. (EXHIBITS (B) and (C) pages 24-26)
    B. A voter can cast 4 votes in this 2020
       President Election thanks to duplicated voting
       ballots being sent out by mail under 2 naming
       conventions combining with casting a 3rd
       vote without I.D. and a 4th vote with I.D.
       at the voting polls; thus this makes my vote
       only 1/4th the value of that lucky voter or
       that lucky voter is worth 4 times a human
//
//


COMPLAINT
PAGE 7 OF 28 [JDC TEMPLATE – Rev. 05/2017]

1  compared to me. That is not equality - It's inequality! MAJOR
2  (EXHIBITS B and C, pages 24 - 26)
3  C. As a Trump's voter, I was lied to by the U.S.
4  when it claimed the new voting system worked perfectly
5  almost perfectly with ONLY a tiny 3-month
6  window to prepare, launch and fix new
7  voting system by mail that no nation has ever
8  dared to implement. No recount - recheck
9  was conducted in razor-thin battleground states
10 in which ballot-by-mail, dictated the outcome
11 of the election.                      VOTES
12 D. As a Trump's voter, I was forced to accept a
13 product that would automatically hurt
14                         Republican-candidate vote's
15 because Democrats tend to vote by mail, NOT equality!
16 (Note: No other nation has implemented 2 voting
17 systems, vote by mail and vote at the polls,
18 simultaneously before because voting shouldn't
19 be this EASY for humans to exercise). PURE LAZINESS
20 E. As a Trump's voter I was forced to accept
21 that a tiny 3-month window is OK to be used
22 during the most chaotic time in America (Virus
23 killed more people than the VietNam War) and
24 during the most contentious state of
25 America (violent people raided our Capitol Hill
26 //
27 //
28

on 1/6/2021 for the announcement confirming the electoral votes) to launch this new voting system by mail when we all know that this new voting system will be the system that spills out the votes that will help the Democrats. NOT equality at all for it was the wrong time to launch this product and not enough time to launch this new product.

F. As a Trump's voter, I was forced to accept a product that no democratic nation has dare to launch (vote by mail) along with vote at the polls, especially in short period of time and with no system to cement cracks and holes (product defects) pointed out in this lawsuit.

11. Here I would like to present my negligence claim:

"I Mai-Trang Thi Nguyen (The Plaintiff), a moderate voter who voted for Trump during the 2020 President Election would like to claim that our United States government committed negligence in launching its new product (vote by mail system) for the 2020 President Election which occurred during the COVID-19 or Coronavirus pandemic which led me to due to release my anger and to correct my government in their mistakes."

//

//

COMPLAINT
PAGE 9 OF 28 *[JDC TEMPLATE – Rev. 05/2017]*

- 4 -

12. There are 5 elements that must be proved in a negligence claim and I intend to prove them in the below:

A. Duty - The U.S. owes a duty of care towards me and its citizens that its New product (the vote by mail system) contains no cracks and holes (product defects) before announcing the final electoral votes of the 2020 President Election. A recount-recheck in battleground states is the only system that can seal the cracks and holes quickly and this system was never conducted.

B. Breach of Duty: The United States failed "to exercise reasonable care in fulfilling a determined duty established as owed results in a breach of duty" (quote from lawsuitlegal.com) when it failed to Fix the door of the cracks and holes I pointed out in which the government was very well informed by the media of these product defects.

//
//

- 4 -

C. Cause in Fact (Causation) - Because the U.S. failed to fix the door of the cracks and holes I pointed out in this lawsuit (negligence in fixing product defects), I, Mai - Trang Thi Nguyen, a Trump's voter suffer mental illness injury of instant anger, instant feeling of being betrayed,

of being duped

devalued as a human being in a democratic society, being ridiculed for questioning the integrity of the new voting system as a poor loser and irrational human and more, which led me to act out irrationally by suing when I have no money, not much intelligence to sue, bad English, disabled with back & neck pain along with arthritis, semi-homeless, and existing mental-illness. Unlike the mob who raided our poor Capitol Hill I decided to sue to protest & release my anger.

//
//

COMPLAINT
PAGE 11 OF 28 [JDC TEMPLATE – Rev. 05/2017]

- 4 -

D. Proximate Cause - The most direct cause of the harm in question is when the U.S. refused to stop the announcement of the final electoral votes on January 6th, 2021 with all its employees ending with Nancy Pelosi and Mitch McConnell as the top ones to put a lid on it ( Mike Pence has no authority to do this; however, he could have walked away and said " I am not physically well today because of all the stress so please have someone do my job today"). We should have stopped the final electoral votes announcement on 1/6/2021 to do a recount - recheck on battle ground states to quickly seal the cracks and holes before announcing the new election system worked near perfectly with no massive fraud, contained very little frauds and 100% secured. Then after that you can announce the final electoral votes at Capitol Hill.

E. Damages - This whole mess cost me a lot of money as a semi-homeless person with no job and no savings to sue. It cost me a lot of brain cells for a stupid person. Most importantly, after experiencing Biden's

//

//

COMPLAINT
PAGE 12 OF 28 [JDC TEMPLATE – Rev. 05/2017]

- 4 -

administration's weaknesses in past 1 year, I finally decided to leave my beloved adopted country for ever to return to my birth country (VIETNAM) as an ex-refugee. However, I'll leave as soon as I pay off all my debt to America. I put down a trillion dollars for this lawsuit as if a trillion dollars will change my mind from leaving America forever as its citizen. In reality, a trillion dollar might be the cost of compensation for Trump and his other voters who might sue after this lawsuit. I don't want any money from America because America is dead broke.

//
//

COMPLAINT
PAGE 13 OF 28 [JDC TEMPLATE – Rev. 05/2017]

Second **Claim**

(Name the law or right violated: Federal Tort Claim Act (FTCA) )

(Name the defendants who violated it: The United States )

13. The website of www.house.gov stated that the U.S. government might be liable for the "negligent or wrongful acts of its employees acting within the scope of their official duties." First, the Plaintiff has to exhaust administrative claims before filing a lawsuit in court. The claim has to be plausible and it has to show there is a private person analogue. The Plaintiff has to prove the claim is not subject to the FTCA's discretionary function exception by passing these two tests; ① "the conduct cannot be discretionary unless it involves an element of judgment or choice, and ② "assuming the challenged conduct involves an element of judgement, a court must determine whether that judgement is the kind that the discretionary function exception was designed to shield."

14. Firstly, the Plaintiff (Mai-Trang Thi Nguyen) or "Nguyen" would like to state that she has exhausted administrative claim ___ by waiting for at least 6 months for the House to respond. On March 29th and September 19, 2021 Nguyen sent the form called Claim for Damage, Injury, or Death to the House at the address of 950 Pennsylvania Ave, NW, Washington, DC 20530, but she hasn't received any response.

COMPLAINT
PAGE 14 OF 28 [JDC TEMPLATE – 05/17]

[Copy this page and insert it where you need additional space.]

Please refer to EXHIBIT D on pages 27-28 for a copy of that form with hand-written indication of dates it was mailed out.

15. Now Nguyen would like to state her plausible claim: "I, Mai-Trang Thi Nguyen (the Plaintiff) suffered immense mental injury which led me to act out unreasonably by suing when I have almost-zero capacity to do so (broke, jobless, semi-homeless, still disabled, and still a person with mental illness, bad-English and kind of stupid), and now formally declaring that I am in the process of relinquishing my American citizenship to go back where most of my DNA dictates (VIETNAM) - All because of the negligence of the United States with all its employees especially Nancy Pelosi and Mitch McConnell, to vindicate the results of the President Election 2020 which occurred during the COVID-19 or coronavirus pandemic which stopped human's mobility by forcing them to be jailed at home most of the time."

16. Next Nguyen would like to state the private analogue of this FTCA claim. The private analogue would be comparing this new voting system

- 4 -

of the COVID-19 pandemic to new products/services of companies (COVID-19 or Coronavirus vaccines), building owners (motels and hotels), and R.V. owners. I'll see the new voting system that allowed all voters in the country to vote for their president by mail is a new product of the U.S. Covid-19 or Coronavirus vaccines are the new products of Pfizer and Moderna. Motels and hotels opened up their doors to house the homeless during the height of the pandemic was a combined new product/service of the government and the building owners. RV owners rented out their RV's to the government to house the homeless during the pandemic is the combined new service/product of the government and owners. If any of the aforementioned has cracks and holes, owners, companies and the U.S. can be sued. Just like if there are any cracks and holes of a new toy, new software & new food product out in the market, consumers can sue. I presented the cracks and holes of the new voting system that I am mostly concerned with: a dead person has voting power and a voter can cast 4 votes.

17. Last but not least, let's discuss if my FTCA claim is not subject to the FTCA's discretionary function exception by passing its two pronged test. If we finally understand that the new voting system was a new product of the U.S. during the pandemic, then

//
//

JUST LIKE

**COMPLAINT**
PAGE 16 OF 28 [JDC TEMPLATE – Rev. 05/2017]

- 4 -

we will see that there was zero room to make any
personal choice (discretion) or professional opinion
protected from lawsuits (discretion designed to be
shield). This would mean Nancy Pelosy & Mitch McConnell
had no choice but to follow the tort laws to "instruct"
an automatic recount - recheck in battle-ground
states where the results were razor - thin before
announcing the final electoral votes on January 6th, 2021
at Capitol Hill. I am shocked that our Supreme
Court judges remained silent throughout this process,
because in thousands of lawsuits they have been
lecturing and imposing fines on corporations & owners
on new products, new product defects, and negligence.
Because there was no recount - recheck for this new
voting system we blatantly allowed this new product
to be launched & functioned with obvious cracks
and holes (defects). The COVID-19 or coronavirus vaccines
in America had to pass the 3-trial test. This is not
Russia where the government OK'ed their COVID-19
or coronavirus vaccine after the 2nd trial. We
in America have enough money to endure another trial
(3rd trial) or the cracks and holes of the new vaccine
will kill people and we get sued.

//
//

**COMPLAINT**
PAGE 17 OF 28 [JDC TEMPLATE – Rev. 05/2017]

18. Here I would like to provide details on how I was harmed as a Trump's voter in the 2020 President Election which happened to occur in a pandemic which stopped human's mobility for atleast 1 month:

① My value as a living human is not the same as a dead human so it's absolutely wrong for the U.S. government to allow a dead person to vote in its new voting system by mail.

② My value as a voter should be 1/4 th the power of some lucky voter who was given the power to voter 4 times with your new voting system (twice by mail with duplicate votes assigned to different naming convention of the same person, one more at the poll with ID, and another one with no I.D. using another person's name at the poll). The American democracy promises that everyone would be treated equally, however, this new voting system didn't not treat everyones equally as pointed out by the crack and hole above which were not sealed before the final electoral votes were announced on January 6th 2020 at the Hill. So I decided to sue to express my anger at the U.S. government to fix the problems and pay for my writing of this lawsuit. However since I love my adopted country, I would return the money to the U.S. if the U.S. insists I should be paid.

//

//

**DEMAND FOR RELIEF**

*[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]*

19. The Plaintiff only wants a letter of apology; however, if the U.S. insists on a financial compensation, she will return it upon receiving the money. The Plaintiffs' desire is $1 trillion for her mental injury which led her to sue and leave her beloved adopted country (the U.S.A) to return to her birth country, Vietnam — as soon as she pays all of her debts to America. Since $1 trillion is not a feasible amount, she will ask for the cost of writing the suit. (WARNING! if the Plaintiff wins any money from this lawsuit, Trump and Trump voters will turn in their lawsuits to seek $$$ from the U.S.)

**DEMAND FOR JURY TRIAL**

*[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]*

☐ Plaintiff demands a jury trial on all issues.

ALSO, I AM SUING TO PREVENT A CIVIL WAR IN AMERICA IN THE FUTURE.

Respectfully submitted,

Date: 2/11/2012    Sign Name: _Mai-Trang Thi Nguyen_

Print Name: MAI-TRANG THI NGUYEN

(My God is the Sun. Throughout the process of suing the U.S, I prayed to the Sun for guidance)

COMPLAINT
PAGE _19_ OF _20_ [JDC TEMPLATE – 05/17]